UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

       Plaintiff,                 CRIMINAL NO. 18-20630

v.                                   HON. JUDITH E. LEVY

LATASHA LONG,

       Defendant.

_____/

## ORDER APPOINTING COMPETENCY EXAMINER

The Court, having ordered a competency evaluation of Defendant (ECF. No. 62), orders that Dr. Steven Miller is appointed to examine the mental condition of the Defendant, Latasha Long, in accordance with 18 U.S.C. §§ 4241(a), (b), 4247(b) at the expense of the government. The examination shall be conducted remotely because of health concerns and limitations imposed by the Covid-19 pandemic.

It is further ordered that the Defendant must cooperate with the examination at the times designated by Dr. Miller and the facility where the Defendant is located.

It is further ordered that Dr. Miller shall prepare, as soon as practical, a written report that includes (1) the Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to

1

diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense as required by 18 U.S.C. §§ 4241(b), 4247(c).

It is further ordered that Dr. Miller promptly furnish within forty-five (45) days the written report to the Court and provide copies to the Defendant's attorney, Doug Mulkoff, and the attorney for the government in accordance with 18 U.S.C. § 4247(c).

IT IS SO ORDERED.

Date: May 14, 2020　　　　　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2020.

　　　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　　　　Case Manager

2